# EXHIBIT 1

## IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

| | |
|---|---|
| JESSICA BENNA | ) |
|     Plaintiff | ) |
| | ) |
| VS. | ) |
| | ) |
| T-MOBILE USA, INC. | ) |
|     Defendant | ) |

## **PETITION**

PLAINTIFF, by counsel, sets forth her Petition against Defendant as follows:

1. The events giving rise to this cause of action occurred in Greene County, Missouri.

2. The amount in controversy exceeds $25,000.00.

3. Plaintiff is a natural person residing in Greene County, Missouri.

4. Defendant is a Corporation doing business in Greene County, Missouri.

5. Plaintiff was an employee of Defendant between February 2018 and November 2019.

6. During Plaintiff's employment by Defendant, Plaintiff worked at Defendant's call center at 2645 N. Airport Plaza Ave., Springfield, Missouri.

7. During Plaintiff's employment by Defendant, Defendant employed more than 50 people within 75 miles of Plaintiff's primary place of work.

8. Plaintiff worked for Defendant for over 1,250 hours in the year immediately preceding the end of Plaintiff's employment with Defendant.

### **Count I – Missouri Human Rights Act**

9. Plaintiff incorporates by reference paragraphs 1-8 above.

10. Plaintiff has bipolar disorder, which substantially impairs one or more of her major life activities.

11. Plaintiff takes medication for the above condition.

12. Plaintiff was fully able to perform the essential functions of her employment with Defendant.

13. Defendant was aware of Plaintiff's condition and need for medication.

14. Defendant terminated Plaintiff's employment on or about November 21, 2019.

15. Defendant terminated Plaintiff's employment because of Plaintiff's bipolar disorder.

16. As a result of Defendant's actions, Plaintiff has been damaged.

17. Defendant's actions were made with reckless indifference or evil motive.

18. On or about January 16, 2020 Plaintiff filed a charge of discrimination with the Missouri Commission on Human Rights. A true and accurate copy is attached hereto as Exhibit 1 and incorporated herein by reference.

19. On July 15, 2020 the Missouri Commission on Human Rights issued Plaintiff a Notice of Right to Sue. A true and accurate copy is attached hereto as Exhibit 2.

WHEREFORE Plaintiff prays the Court for judgment against Defendant for Plaintiff's damages, including lost wages, emotional distress and punitive damages, costs, attorney fees, and such other relief as is just and proper.

## Count II – Family and Medical Leave Act

20. Plaintiff incorporates by reference paragraphs 1-19 above.

21. This count is brought pursuant to the Family and Medical Leave Act, 26 USC 2601 et seq. ("FMLA" or "The Act")

22. Plaintiff requested from Defendant and was granted intermittent leave under the Family and Medical Leave Act during 2019.

23. The intermittent leave was in order for Plaintiff to obtain care for her above-stated bipolar disorder and related symptoms.

24. Plaintiff took intermittent leave under FMLA in March, June, and July of 2019.

25. In October 2019 Plaintiff took another period of FMLA leave in order to adjust to new medication.

26. Said leave was approved by Defendant.

27. While Plaintiff was on approved FMLA leave, Defendant terminated Plaintiff's employment on or about November 19, 2019.

28. Defendant's termination of Plaintiff's employment was in retaliation for Plaintiff exercising her rights under the Family and Medical Leave Act.

29. Defendant's actions interfered in Plaintiff's right to seek and obtain leave pursuant to the Act.

30. As a result of Defendant's actions, Plaintiff has been damaged.

31. Defendant's actions constitute a willful violation of Plaintiff's rights under FMLA.

WHEREFORE Plaintiff prays the Court for judgment against Defendant for Plaintiff's damages, including lost wages, emotional distress, liquidated and punitive damages, costs, attorney fees and such other relief as is just and proper.

                                                LAMPERT LAW OFFICE, LLC

                                                By:/s/ Raymond Lampert_____
                                                  Raymond Lampert, #57567
                                                  2847 S. Ingram Mill Rd., Ste A-100
                                                  Springfield, MO 65804
                                                  Phone: (417) 886-3330
                                                  Fax: (417) 886-8186
                                                  ray@lampertlaw.net
                                                  *Attorney for Plaintiff*



# IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JASON R BROWN | Case Number: 2031-CC01225 |
| Plaintiff/Petitioner:<br>JESSICA BENNA<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RAYMOND BENJAMIN LAMPERT<br>2847 S INGRAM MILL RD<br>STE A-100<br>SPRINGFIELD, MO 65804 |
| Defendant/Respondent:<br>T-MOBILE USA INC<br>Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE<br>SPRINGFIELD, MO 65802 |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** T-MOBILE USA INC
**Alias:**
**2645 N AIRPORT PLAZA RD**
**SPRINGFIELD, MO 65803**

*COURT SEAL OF*

*GREENE COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_____10/16/2020_____   _____/s/ Thomas R. Barr by JJ_____
             Date                                                 Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
   Printed Name of Sheriff or Server                          Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____   _____
                                   Date                                                Notary Public

**Sheriff's Fees, if applicable**
Summons                                   $_____
Non Est                                      $_____
Sheriff's Deputy Salary
Supplemental Surcharge       $____10.00_____
Mileage                                     $_____ (_____ miles @ $._____ per mile)
**Total**                                    $_____
A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 20-SMCC-2326**   1 of 1   Civil Procedure Form No. 1; Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:20-cv-03353-BCW   Document 1-1   Filed 11/13/20   Page 5 of 5